**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. JENNY H. CONVISER and ASCEND CONSULTATION IN HEALTH CARE, LLC, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 20-cv-03094 |
| v. | ) ) Honorable Franklin U. Valderrama |
| DEPAUL UNIVERSITY, | ) ) ) |
| Defendant. | ) |

### MOTION TO WITHDRAW ATTORNEY APPEARANCE

Christina Egan, counsel for DePaul University ("DePaul"), and attorney at McGuireWoods LLP, moves as follows pursuant to Local Rule 83.17 of the Northern District of Illinois.

1. DePaul is currently represented by Christina M. Egan, Amy Starinieri Gilbert, Heidi E. Siegmund, and Melissa M. Weiss of McGuireWoods LLP.

2. R. Craig Wood retired from McGuireWoods LLP and the practice of law on December 31, 2021.

3. Christina M. Egan, Amy Starinieri Gilbert, Heidi E. Siegmund, and Melissa M. Weiss of McGuireWoods LLP will continue to represent DePaul in this action.

WHEREFORE, the undersigned counsel respectfully moves this Honorable court for an Order permitting R. Craig Wood to withdraw his appearance as counsel for DePaul and that the minute order direct the District Court Clerk to delete him from the service list.

Date: January 5, 2021

Respectfully submitted,

By: */s/ Christina Egan*

Christina M. Egan
Amy Starinieri Gilbert

Melissa Marie Weiss
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
cegan@mcguirewoods.com
agilbert@mcguirewoods.com
mweiss@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690

Heidi E. Siegmund (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1049
Fax: 804.698.2315
hsiegmund@mcguirewoods.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2021, I electronically filed the foregoing ***Motion to Withdraw Attorney Appearance*** with the Clerk of the Court by using the CM/ECF system which will serve a copy upon all counsel of record.

*/s/ Christina Egan*
One of Defendant's Attorneys