UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. JENNY H. CONVISER and ASCEND CONSULTATION IN HEALTH CARE, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) Case No.: 20-cv-03094 |
| v. | ) ) Honorable Franklin U. Valderrama |
| DEPAUL UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSED MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL
AND TO STAY PROCEEDINGS**

Defendant DePaul University ("Defendant" or "DePaul"), by counsel and pursuant to 28 U.S.C. § 1292(b), moves the Court for a certification under 28 U.S.C. § 1292(b) to permit an interlocutory appeal of the question whether independent contractors like Plaintiffs have statutory standing under Title IX of the Education Amendments Act of 1972. DePaul also moves the Court to stay discovery proceedings pending resolution of the appeal process. The bases for this Motion are set forth in DePaul's concurrently-filed Memorandum in Support. Counsel for DePaul conferred with counsel for Plaintiff on January 19, 2023, who indicated that they oppose this Motion.

Date: January 19, 2023

Respectfully submitted,

DePaul University

By: /s/ Christina Egan

Christina Egan
Amy Starinieri Gilbert
Melissa Marie Weiss

McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
cegan@mcguirewoods.com
agilbert@mcguirewoods.com
mweiss@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690

Heidi E. Siegmund (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804.775.1049
Fax: 804.698.2315
hsiegmund@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2023, I electronically filed the foregoing ***Defendant's Opposed Motion for Certification of Interlocutory Appeal and to Stay Proceedings*** with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christina Egan*
One of Defendant's Attorneys
