# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jenny H. Conviser, et al.
                              Plaintiff,

v.                                               Case No.: 1:20−cv−03094
                                                 Honorable Franklin U. Valderrama

DePaul University
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2023:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on Defendant's Opposed Motion ForCertification Of Interlocutory AppealAnd To Stay Proceedings [70] as follows: Plaintiffs' response due on or before 02/13/2023; Defendant's reply due on or before 02/27/2023. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.