# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jenny H. Conviser, et al.

                  Plaintiff,

v.                                                     Case No.: 1:20−cv−03094

                                Honorable Franklin U. Valderrama

DePaul University

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At the Court's instance, the status hearing set for 7/2/24 is stricken. The parties shall file a joint status report by 8/7/24 that indicates whether the parties have resolved the case and, if not, then the report shall include a proposed schedule for the completion of fact discovery and for Rule 26(a)(2) disclosures and expert depositions. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.